Submitted by:

Christopher A. Carr (#44444)
 ccarr@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN
 CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, CA 91101
T: 626.535.1900  F: 626.577.7764

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| RANDY COLBERT, | 10-CV-00747-GEB-GGH |
| Plaintiff, | (PROPOSED) ORDER REMANDING ACTION |
| vs. | |
| WELLS FARGO HOME MORTGAGE, INC. and DOES 1 – 10, inclusive, | |
| Defendants. | |

Upon reading and filing the stipulation of the parties, and good cause appearing,

IT IS ORDERED:

1. The Third Cause of Action in the First Amended Complaint filed in Solano County on February 8, 2010 (Fraud) is dismissed with prejudice.

2. The amount remaining in controversy is $20,000 or less, which is insufficient to support diversity jurisdiction; therefore this court lacks jurisdiction of the subject matter of the action.

/////

/////

/////

3. The action is remanded forthwith to the Superior Court of California, County of Solano for all further proceedings.

**Date: 6/24/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action.  I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

On the date below, I served a copy of the following document(s):

**(PROPOSED) ORDER REMANDING ACTION**

on all interested parties in said case addressed as follows:

Served via the Court's Electronic System

*Attorneys for Plaintiff Randy Colbert*

Larry E. Lulofs
Morton, Lulofs & Wood
180 Grand Avenue, Suite 1500
Oakland, California 94612
lelulofs@mlwlaw.com
*Tel:510.444.5521 / Fax:510.444.8263*

☐  **BY MAIL:**  By placing the envelope for collection and mailing following our ordinary business practices.  I am readily familiar with the firm's practice of collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Pasadena, California, in sealed envelopes with postage fully thereon.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  This declaration is executed in Pasadena, California, on June 24, 2011.

|   Christine Daniel   |   */s/ Christine Daniel*   |
|   (Print name)   |   (Signature)   |